# McCarron & Diess

| | | |
|---|---|---|
| Louis W. Diess, III¤△ | 4530 Wisconsin Avenue, N.W., Suite 301 | Representing the Produce Industry Since 1985 |
| Mary Jean Fassett△ | Washington, DC 20016 | |
| Kate Ellis△ | (202) 364-0400   FAX (202) 364-2731 | ¤ Not admitted in DC; practice limited to cases in federal courts |
| Blake A. Surbey△ | | |
| Gregory A. Brown° | 200 Broadhollow Rd., Suite 207 | ° Not admitted in DC |
| | Melville, NY 11747 | △ Not admitted in NY |
| | (631) 425-8110   FAX (202) 364-2731 | |
| | *www.mccarronlaw.com* | |
| gbrown@mccarronlaw.com | *www.pacawebguide.com* | Reply to Melville, NY |

February 17, 2023

**VIA ECF AND EMAIL**
**(CronanNYSDChambers@nysd.uscourts.gov)**

Hon. John P. Cronan
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007

**Re:   D'Arrigo Bros. Co. of New York, Inc. v. Jefe Produce LLC d/b/a Garden Farm;
        Case No. 22-cv-119 (JPC); REQUEST FOR ADJOURNMENT**

Dear Judge Cronan:

      We are the attorneys for D'Arrigo Bros. Co. of New York, Inc., Fierman Produce Exchange, Inc. and Coosemans New York Inc. (collectively "Plaintiffs") in the above-captioned action against defendants Jefe Produce LLC d/b/a Garden Farm and Jeung S. Lee ("Lee").  Pursuant to your Honor's order dated February 16, 2022 (Docket No. 45), the parties have been directed to appear at a telephonic status conference with your Honor on February 22, 2023 at Noon.  Unfortunately, I will be traveling at that time and will be unable to join the call.  I have conferred with pro bono counsel for defendant Lee, and the parties jointly request an adjournment of the conference until February 28, March 1 after Noon or March 3 at the Court's availability.  This is the parties' first request for an adjournment of this conference.

      Thank you for your attention to this matter.

The request is granted.  The conference scheduled for noon on February 22, 2023 is adjourned until 2:00 p.m. on February 28, 2023. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261.

Sincerely,
McCarron & Diess

By: _____
Gregory Brown

cc.:   Plaintiffs
       Susanne Keane (via email: SKeane@nylag.org)

SO ORDERED.
Date: February 21, 2023
New York, New York

JOHN P. CRONAN
United States District Judge